UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond, Virginia

In re:  MATTHEW FORD FERGUSON                    Case No 24-34519
BEVERLY CARROLL FERGUSON                         KLP

Debtors

### ORDER OF DISMISSAL

The Debtor in this case filed a petition under Chapter 13 of the Bankruptcy Code on November 27, 2024, and on December 28, 2024, filed a Motion to Dismiss. It is, therefore,

ORDERED that the above case be dismissed; and it is further

ORDERED that any interest earned and attributable to Plan payments in this case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C. 330 (a)(1)(B), and it is further

ORDERED that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The Trustee need not file a final report in this case unless property or money was administered.

If the Debtor has been making payments by payroll deduction, the employer as set forth in the order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

Date: Jan 22 2025 /s/ Keith L Phillips

United States Bankruptcy Judge

Entered On Docket: Jan 22 2025

I ASK FOR THIS:

/s/ William Harville

William Harville, Counsel for the Debtors
PO Box 460
Urbanna, VA  23175
Virginia State Bar # 19802
Tel:  434.483.5700
Fax:  434.448.0800
william@vabklaw.com

**LOCAL RULE 9022-1(C) Certification**

The foregoing Order was endorsed and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

*/s/ William Harville*

William Harville